# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Michelle Lee Amos, | Bankruptcy No. 18-15286-ref |
| Debtors | Chapter 13 |

### ORDER

AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 13, 2018 to file the missing documents.

BY THE COURT:

**Date: August 27, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge