United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-15286-ref
Michelle Lee Amos                                                               Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4            User: Keith                Page 1 of 1                  Date Rcvd: Aug 27, 2018
                                Form ID: pdf900            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2018.
db              +Michelle Lee Amos,    1038 Georgetown Drive,    Reading, PA 19605-3254

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: gecsedi@recoverycorp.com Aug 28 2018 02:20:27      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
                                                                                                TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 27, 2018 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Michelle Lee Amos tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
                                                                                                TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Michelle Lee Amos,　　　　　　　　　　Bankruptcy No. 18-15286-ref

　　　　　　Debtors　　　　　　　　　　　　　Chapter 13

## ORDER

　　　　AND NOW, it is hereby ORDERED and DECREED that the Motion of the above-named Debtor to Extend Time to File Documents is granted and the Debtor has until September 13, 2018 to file the missing documents.

BY THE COURT:

**Date: August 27, 2018**

_____
Richard E. Fehling
United States Bankruptcy Judge