IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHELLE LEE AMOS ) | |
| **Debtor(s)** ) | CHAPTER 13 |
| ) | |
| SANTANDER CONSUMER USA INC. ) | CASE NO. 18-15286-REF |
| dba CHRYSLER CAPITAL ) | |
| **Moving Party** ) | 11 U.S.C. 362 |
| v. ) | |
| ) | 11 U.S.C. 1301 |
| MICHELLE LEE AMOS ) | |
| NEAL S. METZ ) | HEARING DATE: **11-1-18 at 9:30 AM** |
| **Respondent(s)** ) | |
| ) | |
| WILLIAM MILLER ) | |
| **Interim Trustee** ) | |

**NOTICE OF MOTION, RESPONSE DEADLINE, AND HEARING DATE**

Santander Consumer USA Inc. dba Chrysler Capital has filed a Motion For Relief From The Automatic Stay And Co-Debtor Stay with the Court for relief from the automatic stay of 11 U.S.C. 362 and co-debtor stay of 11 U.S.C. 1301.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider you views on the motion, then on or before **October 27, 2018** you or your attorney must do all of the following:

(a) file an answer explaining your position at:
United States Bankruptcy Court
The Madison Building
400 Washington Street
Reading, PA 19601

If you mail an answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to the movant's attorney:
Morton & Craig LLC
**Attn.: William E. Craig, Esquire**
110 Marter Avenue, Suite 301
Moorestown, NJ 08057

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Honorable Richard E. Fehling on **November 1, 2018 at 9:30 am** in Courtroom number **1**, United States Bankruptcy Court, The Madison Building, 400 Washington Street, Reading, PA 19601.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's office at 610-208-5040 to find out whether the hearing has been canceled because no one filed an answer.

Date:    10/12/18

/s/ William E. Craig
William E. Craig, Esquire
Morton & Craig LLC
Attorney for Santander Consumer USA Inc.
dba Chrysler Capital