IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHELLE LEE AMOS ) **Debtor(s)** ) ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) dba CHRYSLER CAPITAL ) **Moving Party** ) v. ) ) | CASE NO. 18-15286-REF 11 U.S.C. 362 11 U.S.C. 1301 |
| MICHELLE LEE AMOS ) NEAL S. METZ ) **Respondent(s)** ) ) | HEARING DATE: **11-1-18 at 9:30 AM** |
| WILLIAM MILLER ) **Interim Trustee** ) | |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2018 Dodge Journey** bearing vehicle identification number 3C4PDCAB5JT296271 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:

**Date: November 5, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE