United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Michelle Lee Amos
    Debtor

Case No. 18-15286-ref
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4      User: Keith      Page 1 of 1      Date Rcvd: Nov 06, 2018
                       Form ID: pdf900      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 08, 2018.
db         +Michelle Lee Amos,    1038 Georgetown Drive,    Reading, PA 19605-3254
cr         +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
            Fort Worth, TX 76161-0275

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         +E-mail/PDF: gecsedi@recoverycorp.com Nov 07 2018 02:35:38    Synchrony Bank,
            c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                                                                                                                               TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 08, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2018 at the address(es) listed below:
            BRENNA HOPE MENDELSOHN    on behalf of Debtor Michelle Lee Amos tobykmendelsohn@comcast.net
            KEVIN G. MCDONALD    on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
            WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,    ECF_FRPA@Trustee13.com
            WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
             ECF_FRPA@Trustee13.com
            WILLIAM EDWARD CRAIG    on behalf of Creditor   Santander Consumer USA Inc., d/b/a Chrysler
             Capital ecfmail@mortoncraig.com,    mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                                              TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
READING DIVISION

| | |
|---|---|
| IN RE: MICHELLE LEE AMOS ) **Debtor(s)** ) ) SANTANDER CONSUMER USA INC. ) dba CHRYSLER CAPITAL ) **Moving Party** ) v. ) ) MICHELLE LEE AMOS ) NEAL S. METZ ) **Respondent(s)** ) ) WILLIAM MILLER ) **Interim Trustee** ) | CHAPTER 13<br><br>CASE NO. 18-15286-REF<br><br>11 U.S.C. 362<br><br>11 U.S.C. 1301<br><br>HEARING DATE: **11-1-18 at 9:30 AM** |

### ORDER VACATING THE AUTOMATIC STAY AND CO-DEBTOR STAY AS TO PERSONAL PROPERTY

Upon the motion of Santander Consumer USA Inc. dba Chrysler Capital, under Bankruptcy Code sections 362(d) and 1301 for relief from the automatic stay and co-debtor stay as to certain personal property as hereinafter set forth, and for good cause shown;

ORDERED that the automatic stay of the Bankruptcy Code section 362(a) and the co-debtor stay of the Bankruptcy Code section 1301 are vacated pursuant to Fed.R.Bankr.P., Rule 4001(a)(3) to permit the movant to pursue the movant's rights in the personal property described as a **2018 Dodge Journey** bearing vehicle identification number 3C4PDCAB5JT296271 to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

Dated:
**Date: November 5, 2018**

_____
UNITED STATES BANKRUPTCY JUDGE