UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : |
| MICHELLE LEE AMOS | : Bankruptcy No.  18-15286ELF |
| | : |
| Debtor(s) | : Chapter 13 |

\* \* \* \* \* \* \*

HEARING TO BE HELD:
Date:  **June 13, 2019**
Time: **10:00 a.m.**
Place: United States Bankruptcy Court
Courtroom #1, 3rd Floor
The Madison
400 Washington Street
Reading, PA 19601

\* \* \* \* \* \* \*

**NOTICE OF AMENDED MOTION, RESPONSE DEADLINE
AND HEARING DATE**

Scott F. Waterman, Esq., Standing Chapter 13 Trustee, has filed Trustee's Amended Motion to Dismiss Pursuant to 11 U.S.C. Section 1307 with the Court for dismissal of this case.

**YOUR RIGHTS MAY BE AFFECTED.  YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY, IF YOU HAVE ONE IN THIS BANKRUPTCY CASE.  (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT AN ATTORNEY.)**

1. If you do not want the Court to grant the relief sought in the amended motion or if you want the Court to consider your views on the amended motion, then on or before **June 13, 2019** you or your attorney must do ALL of the following:

    (a)  file an answer explaining your position at

        United States Bankruptcy Court
        Clerk's Office
        The Madison, Suite 300
        400 Washington Street
        Reading, PA  19601

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

      (b)  mail a copy to movant:

      Rolando Ramos-Cardona, Esq.
      for
      Scott F. Waterman, Esq.
      Standing Chapter 13 Trustee
      2901 St. Lawrence Avenue
      Reading, Pennsylvania 19606
      Telephone:  (610) 779-1313
      Fax:            (610) 779-3637

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the Court may enter an Order granting the relief requested in the amended motion.

3. A hearing on the amended motion is scheduled to be held before The Honorable ERIC L. FRANK, United States Bankruptcy Judge, on Thursday, June 13, 2019 at 10:00 a.m., in United States Bankruptcy Court, Courtroom #1, The Madison, 3rd Floor, 400 Washington Street, Reading, PA 19601.

4. If a copy of the amended motion is not enclosed, a copy of the amended motion will be provided to you if you are on the Clerk's Service List and you request a copy from the attorney named in paragraph 1(b).

5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been cancelled because no one filed an answer.

Date:  May 30, 2019.