United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                     Case No. 18-15286-elf
Michelle Lee Amos                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Keith                Page 1 of 2              Date Rcvd: Jun 13, 2019
                              Form ID: pdf900            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2019.
```
db            +Michelle Lee Amos,    1038 Georgetown Drive,    Reading, PA 19605-3254
smg           +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr            +Santander Consumer USA Inc., d/b/a Chrysler Capita,    P.O. Box 961275,
               Fort Worth, TX 76161-0275
14179171      +Cap1/dbarn,    Po Box 30253,    Salt Lake City, UT 84130-0253
14179173      +Chrysler Capital,    Po Box 961275,    Fort Worth, TX 76161-0275
14339826      +Mendelsohn and Mendelsohn,P.C.,    637 Walnut Street,    Reading, PA 19601-3524
14182313      +Quicken Loans Inc.,    c/o Kevin G. McDonald, Esq,    701 Market Street, Ste 5000,
               Philadelphia, PA 19106-1541
14211165      +Santander Consumer USA,    c/o William E. Craig, Esq.,    110 Marter Ave, Ste 301,
               Moorestown, NJ 08057-3124
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2019 03:31:11
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2019 03:31:58      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14179172       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:55      Capital One,
               15000 Capital One Dr,    Richmond, VA 23238
14201907       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 14 2019 03:25:55
               Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
14179174      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 14 2019 03:30:55      Comenitycb/boscov,
               Po Box 182120,    Columbus, OH 43218-2120
14179175      +E-mail/PDF: creditonebknotifications@resurgent.com Jun 14 2019 03:26:02      Credit One Bank Na,
               Po Box 98875,    Las Vegas, NV 89193-8875
14179176      +E-mail/Text: bkr@cardworks.com Jun 14 2019 03:30:26      Merrick Bank Corp,    Po Box 9201,
               Old Bethpage, NY 11804-9001
14179177      +E-mail/Text: Bankruptcies@nragroup.com Jun 14 2019 03:32:50      National Recovery Agen,
               2491 Paxton St,    Harrisburg, PA 17111-1036
14209940       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2019 03:39:00
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14179178      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 14 2019 03:31:55      Quicken Loans,
               1050 Woodward Ave,    Detroit, MI 48226-1906
14201957      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 14 2019 03:31:55      Quicken Loans Inc.,
               635 Woodward Avenue,    Detroit, MI 48226-3408
14179956      +E-mail/PDF: gecsedi@recoverycorp.com Jun 14 2019 03:25:29      Synchrony Bank,
               c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 12

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*           +Synchrony Bank,   c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14339827*     +Mendelsohn and Mendelsohn, P.C.,    637 Walnut Street,    Reading, PA 19601-3524
                                                                                   TOTALS: 0, * 2, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2019                                        Signature:  /s/Joseph Speetjens

```
District/off: 0313-4          User: Keith                Page 2 of 2                  Date Rcvd: Jun 13, 2019
                              Form ID: pdf900            Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2019 at the address(es) listed below:
              BRENNA HOPE MENDELSOHN    on behalf of Debtor Michelle Lee Amos tobykmendelsohn@comcast.net
              KEVIN G. MCDONALD    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
              ROLANDO  RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com, ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
              WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc., d/b/a Chrysler
               Capital ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                             TOTAL: 7
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    MICHELLE LEE AMOS    :    Chapter 13
:
Debtor    :    Bky. No. 18-15286 ELF

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE FOR**
**APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Scott Waterman, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1. This chapter 13 bankruptcy case is **DISMISSED**.

2. Any wage orders previously entered are **VACATED**.

3. Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

4. All applications for allowance of administrative expenses (including applications for allowance of professional fees) shall be filed within fourteen (14) days of the entry of this Order.

5. **Promptly after the expiration of the response period for any application authorized by Paragraph 4 above, Counsel for the Debtor shall file either**:

    (a) a Certification of No Response confirming that neither an objection to the proposed compensation nor an application for administrative expense has been filed; or

    (b) a Certification that an objection or an application has been filed (after which the Clerk shall schedule a hearing on all such applications).

6. If no Certification, as required above in Paragraph 5 has been entered on the docket within sixty-three (63) days of the entry of this Order, then the Standing Trustee shall: (a) if any applications for administrative expenses other than Debtor(s)' Counsel's have been filed, request a hearing thereon or (b) if no such applications have been filed, return the undistributed chapter 13 plan payments in his possession to Debtor(s) pursuant to 11 U.S.C. §1326(a)(2).

Date: **June 13, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**